DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CSL LEASECO, INC.,** d/b/a **THE VERANDA CLUB ASSISTED LIVING,**
Appellant,

v.

**GAYLE SOTO**, as Personal Representative of the **ESTATE OF ELLEN CHAPMAN,**
Appellee.

No. 4D2023-1057

[November 16, 2023]

Nonfinal appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502022CA000966XXXMB.

R. Ryan Rivas and Keith M Hoffman of Hall Booth Smith, P.C., Tampa, for appellant.

Ian P. Depagnier and Jason A. Paul of Paul & Perkins, P.A., Maitland, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***